| OPT-IN NAME | Date Signed | Location | Date of Hire | Date of Separation | Hourly Rate at Separ | Overtime Rate at Separation | Number of weeks Employed in SOL | Hours for Travel and Shop Time | Unpaid Overtime for Travel/Shop | Damages* | Unpaid OT + Damages | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeremy Clodfelter | 7/27/2020 | Indianapolis | 1/16/2017 | 10/15/2019 | $ 12.00 | $ 6.00 | 61 | 1,281 | 23058 | $2,562 | $25,620 | Started paying overtime 12/15/2018 |
| Derik D'Amato | 8/10/2020 | Indianapolis | 3/23/2015 | 11/1/2018 | $ 15.86 | $ 7.93 | 55 | 1,155 | 27,477.45 | $3,053.05 | $30,530.50 | |
| Michael D'Amato | 8/11/2020 | Indianapolis | 10/22/2012 | 6/4/2020 | $ 25.00 | $ 12.50 | 61 | 1,281 | 48037.5 | $5,337.50 | $53,375.00 | |
| Travis Freed | 7/27/2020 | Indianapolis | 10/23/2017 | 9/9/2018 | $ 15.60 | $ 7.80 | 46 | 966 | 22604.4 | $2,511.60 | $25,116.00 | |
| Ryan Gullette | 7/27/2020 | Indianapolis | 4/3/2017 | 2/9/2018 | $ 12.41 | $ 6.21 | 17 | 357 | 6647.34 | $738.99 | $7,386.33 | |
| David Kennedy | 8/19/2020 | Columbus | 8/8/2016 | 11/30/2018 | $ 16.40 | $ 8.20 | 59 | 1239 | 30479.4 | $3,386.60 | $33,866.00 | |
| Kyle Lines | 8/16/2020 | Indianapolis | 10/28/2019 | 6/18/2020 | $ 20.01 | $ 10.01 | 0 | 0 | 0 | $0 | $0 | Started paying overtime 12/15/2018 |
| Brad Mason | 7/26/2020 | Indianapolis | 2/10/2009 | 1/19/2018 | $ 20.69 | $ 10.35 | 14 | 294 | 9125.76 | $1,014.30 | $10,140.06 | |
| Jeremy McGlaughlin | 8/15/2020 | Indianapolis | 11/25/2019 | 3/2/2020 | $ 14.61 | $ 7.31 | 0 | 0 | 0 | $0 | $0 | Started paying overtime 12/15/2018 |
| Shawn Mitchell | 7/27/2020 | Indianapolis | 3/21/2014 | 3/1/2019 | $ 22.50 | $11.25 | 61 | 1281 | 43233.75 | $4,803.75 | $48,037.50 | Averaged 3.5 hours of overtime per week in 2019 |
| Omar Parra | Named Plaintiff | Indianapolis | 8/1/2016 | 2/12/2018 | $ 13.57 | $ 6.75 | 80 | 1680 | 34137.6 | $10,800.00 | $44,937.60 | Claims 20 hrs overtime per week in demand letter |
| Robert Slone | 8/18/2020 | Indianapolis | 1/4/2016 | 10/22/2018 | $ 23.56 | $ 11.78 | 53 | 1113 | 39333.42 | $4,370.38 | $43,703.80 | |
| Cody Sutton | 9/21/2020 | Indianapolis | 10/13/2014 | 7/24/2020 | $ 27.10 | $ 13.55 | 61 | 1281 | 52072.65 | $5,785.85 | $57,858.50 | |
| Jeffrey Thomas | 8/27/2020 | Indianapolis | 7/16/2007 | 2/2/2018 | $ 23.81 | $ 11.91 | 16 | 336 | 12001.92 | $1,333.92 | $13,335.84 | |
| Edward Tilford | 3/18/2020 | Indianapolis | 8/8/2016 | 1/2/2018 | $ 15.00 | $ 7.50 | 11 | 231 | 5197.5 | $577.50 | $5,775.00 | |
| Harry Velez | 7/31/2020 | Indianapolis | 4/7/2010 | 1/8/2018 | $ 25.00 | $ 12.50 | 12 | 252 | 9450 | $1,050.00 | $10,500.00 | |
| Jerry Winkler | Named Plaintiff | Indianapolis | 9/1/2016 | 12/31/2017 | $ 12.00 | $ 6.00 | 66 | 1386 | 24948 | $11,880.00 | $36,828.00 | Claims 30 hrs of overtime per week in demand letter; did not report any overtime in 2019 |
| Michelle Winkler | Named Plaintiff | Indianapolis | 9/1/2016 | 12/31/2017 | $ 12.00 | $ 6.00 | 66 | 1386 | 24948 | $11,880.00 | $36,828.00 | Claims 30 hrs of overtime per week in demand letter; did not report any overtime in 2019 |
| | | | | | | | | | 412752.69 | $71,085.44 | $483,838.13 | |

**SOL: 4/23/2016 (3 years before complaint filed)**
**Started paying overtime December 15, 2018**
*Assumes 7 hours of overtime per week unless noted