UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OMAR GUERRERO PARRA, JERRY WINKLER, and MICHELLE WINKLER individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIQUE HOME SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 1:19-cv-01638-TWP-DLP |

## ORDER OF DISMISSAL

Comes now the Parties, by counsel, and having filed their Stipulation of Dismissal. The Court now finds the Show Cause Order is discharged and the parties Stipulation of Dismissal GRANTED.

IT IS THEREFORE ORDERED AND DECREED that this Cause shall be dismissed, with prejudice.

SO ORDERED.

Date: 8/26/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Copies to:
All counsel of record via IEFS